## JOB DESCRIPTIONS

(APPLICANT: Read the job description applicable to the position for which you are applying.)

### SANITATION WORKER

1. **General Job Description.** The sanitation worker is a member of a cleaning crew whose duties are to clean and sanitize food, beverage, and/or drug processing plants, which are operated by the employer's customers, to meet Quality Control and Bacterial Standards imposed by the customer and applicable governmental agencies, such as the USDA. The cleaning crew is required to completely clean and sanitize the plant quickly and efficiently during relatively short time periods between the plant's normal production shifts, which typically requires that the sanitation worker work during late evenings/night/early morning shifts (specific work shift to be determined by the supervisor), and frequent overtime (weekends, days, evenings). The sanitation worker is required to work in an environment that is wet, very humid, and undergoes extreme temperature changes, from very hot to very cold. Due to the changing environment, a worker must constantly be aware of the affects of these changes. The sanitation worker will also be working around large processing equipment in which chemicals will be used to complete the sanitation process. The sanitation worker must be able to work as a team along with other members of the crew, under stressful conditions, and be flexible and willing to perform varying tasks per the supervisor's instructions and in accordance with all safety guidelines mandated by the employer.

2. **Specific Essential Functions and Standards Applicable to the Position.** A sanitation worker is required to perform or satisfy various tasks and / or standards, including but not limited to all of the following.

   a) Frequently lift/move hoses, equipment, chemical containers weighing 20-80 lbs. throughout each and every work shift.
   b) Assist in transporting heavy equipment with forklifts or other devices.
   c) Wear employer-specified protective gear, including three pairs of gloves, face/eye shields, aprons, boots, etc. (some of which to be supplied by employer).
   d) Exposure to chemical cleaning solution (with protective gear).
   e) Perform varying tasks while standing, lifting, crouching, etc. during long periods of time.
   f) Perform all tasks safely and in a manner that will not create or pose a direct threat to the health and/or safety of the sanitation worker or any other person.

### Site Manager/Supervisor

1. **General Job Description.** The site manager and/or supervisor manages the sanitation workers and other members of the cleaning crew, oversees the cleaning operations, coordinates the work with the plant operators and the general cleaning contractor, communicates with and addresses any problems cited by governmental inspectors, conducts safety meetings, and is responsible for some administrative and office matters. On occasion, the Site Manager/Supervisor may be required to assist members of the cleaning crew by demonstration or by generally assisting their cleanup duties.

2. **Specific Essential Functions and Standards Applicable to the Position.** A site manager/supervisor is required to perform or satisfy all of the following tasks and/or standards.

   a) All of the items listed above as specific essential job functions and standards applicable to the sanitation worker position.
   b) Manage and supervise members of the cleaning crew.
   c) In addition to working during the hours and time periods designated for the sanitation workers, work additional hours, as necessary, to prepare for and conduct safety meetings, complete administrative duties and paperwork, and resolve any problems/concerns raised by the plant operator, the general cleaning contractor, and government organizations (such as tagging by USDA Inspectors).

I HAVE READ THE ABOVE APPLICABLE JOB DESCRIPTION AND AM ABLE TO PERFORM THE TASKS, MEET THE STANDARDS, AND WORK UNDER THE CONDITIONS DESCRIBED ABOVE FOR THE JOB FOR WHICH I HAVE APPLIED, IN A SAFE AND RESPONSIBLE MANNER TO INSURE MY PROTECTION AND THE PROTECTION OF OTHER EMPLOYEE'S.

APPLICANT'S SIGNATURE _____ DATE 10-9-15


EXHIBIT A

CONFIDENTIAL                                                                 PSSI-SANDERS 000049