UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEJUAN SANDERS, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>PACKERS SANITATION SERVICES, INC., LTD.,<br><br>            Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 5:16-CV-00890-XR-PAM<br><br>JURY TRIAL DEMANDED |

## **DECLARATION OF SHANKI LISTER**

My name is Shanki Lister. I am over the age of eighteen, of sound mind, and otherwise competent to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct. If called as a witness, I am competent to testify to these facts.

1.      I currently live at 1101 Cotton Ford Rd., Lot #13, Center, Texas 75935.

2.      I am a current employee of Packers Sanitation Services, Inc., Ltd. ("PSSI").

3.      My first day of work for PSSI was in September 2015.

4.      I am still currently employed at PSSI as of the date of this Declaration.

5.      I have been employed by PSSI as a Sanitation Worker.



EXHIBIT

C

6.     My primary job duty is to manually clean and sanitize food plants, including the facility and the machines inside, which are operated by PSSI's customers, to meet Quality Control and Bacterial Standards imposed by the customer and applicable to governmental agencies, such as the USDA.

7.     During my employment with PSSI, my head supervisor's name was Pedro Madrigal.

8.     During my employment with PSSI, I was a full-time employee working forty hours a week or more.

9.     During my employment with PSSI, I was paid on an hourly basis. In other words, I received a fixed sum of money for each hour that I worked. My last rate of pay was approximately $10.50 per hour.

10.     Though sometimes I was paid for some overtime I do not believe I was paid for all overtime that I worked. I frequently worked over 40 hours per week, yet not every paycheck reflects that time.

11.     When I first started with PSSI, I would be required to sign a piece of blank printer paper to ensure that I was there for the day. The paper would not have any time documented on it; I assumed my manager input time after I signed. However, I was never given a record of my hours prior to receiving my paycheck.

12.     Later, in 2015, PSSI installed a facial recognition punch system. Frequently, I would be told either not to clock in or out on the new system, or my manager would tell me that the system was down and we would have to sign in on a piece of paper like we had done before.

13.     Though I did not have a time card to compare my paycheck to, I would look at the hours for the week and know that I was short on hours and was not paid correctly. I routinely clocked in 15 minutes prior to my shift and those minutes were usually not reflected on my check.

14.     I typically worked between 45 to 54 hours per week but I was typically only paid for between 40 to 45 hours.

15.     Based on what I saw and my conversations with my coworkers, this pay practice applied to all hourly workers employed by PSSI. It did not depend on what we did or our position with PSSI.

16.     Based on my experience talking with other employees I worked with in various locations, I believe that there would be others that would want to join this lawsuit if they were made aware of this suit and given an opportunity to join.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the forgoing is true and correct.

02/24/2017
Date

Shanki Lister
Shanki Lister
Declarant

**Signature:** *Shanki Lister*
Shanki Lister (Feb 24, 2017)

**Email:** peeweemrj@sbcglobal.net

- 3 -