# Notice to Packers Sanitation Services, Inc., Ltd. Employees

**If you worked as a sanitation worker for Packers Sanitation Services, Inc., Ltd. (PSSI) at any time in the past three years, you can make a claim for unpaid wages.**

A current PSSI employee brought a lawsuit against PSSI for unpaid wages. If, during the last three years, you were employed by PSSI as a sanitation worker, you can join this lawsuit by signing and returning the enclosed consent form. If you do not want to make a claim for unpaid wages, simply do nothing.

### Why is this notice being sent?

A United States District Judge has determined all workers employed by PSSI during the last three years as a sanitation worker should be given an opportunity to join this lawsuit. However, the court has not expressed any view as to whether any current or former employees are owed unpaid wages.

### Why is there a lawsuit?

The employees in this case claim that PSSI did not pay them for all overtime hours worked as required by federal law.

PSSI denies that it did anything wrong and that any of its employees are entitled to additional pay.

### What happens if I join the lawsuit?

Those who join the lawsuit must prove their claims at trial. If the court finds that you were not paid all wages owed to you, the court will award you money damages. If the court finds you were properly paid all wages owed to you, you will not be awarded any money. You will also be bound by the judgment, whether favorable or unfavorable.

The lawyers of MOORE & ASSOCIATES will be paid according to the fee contract signed by the class representative, which is available to you upon request. If you choose to be represented by MOORE & ASSOCIATES, you will **not** have to pay MOORE & ASSOCIATES unless you recover money from the case. The lawyers of MOORE & ASSOCIATES are also seeking to have the attorney's fees paid by PSSI.

### What if I do not join the lawsuit?

You will not be eligible to receive any money from this lawsuit unless you join. However, you are under no obligation to join.

### How quickly must I act to join the lawsuit?

If you decide to join the lawsuit, you should act **now**. Every day that passes potentially reduces any recovery you might receive because of the law's statute of limitations. You must respond no later than [*insert date*] in order to join this lawsuit.

### How do I join the lawsuit?

If you want to join this lawsuit and agree to be represented by MOORE & ASSOCIATES, just complete the enclosed form and **return it by mail, fax, or email** to:

Attn: PSSI OT Lawsuit
MOORE & ASSOCIATES
440 Louisiana Street, Suite 675
Houston, Texas 77002
Tel. (713) 222-6775
Fax (713) 222-6739
scanner@mooreandassociates.net

Please note: you are not a part of the lawsuit until you return the enclosed consent form and the form is filed by the attorney.

**Do not worry about joining this lawsuit as a current employee. Federal law prohibits PSSI from taking any negative action against you because you join this lawsuit.**
**The United States District Court for the Southern District of Texas approved this notice.**

EXHIBIT F

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEJUAN SANDERS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | No. 5:16-CV-00890-XR-PAM |
| v. | § § | |
| PACKERS SANITATION SERVICES, INC., LTD., | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## NOTICE OF CONSENT

I consent to be a party plaintiff in this lawsuit to collect unpaid wages. I agree to be bound by the Contingent Fee Agreement between the named plaintiff(s) and MOORE & ASSOCIATES. By joining this lawsuit, I designate the named plaintiff(s) as my representative to make decisions on my behalf concerning the method and manner of conducting the lawsuit, the approval of any settlement, and all other matters pertaining to this lawsuit. I consent, agree and elect to be bound by any ruling, settlement or judgment, whether favorable or unfavorable. I also understand that while I have the right to choose other counsel and/or to pursue my claims on my own behalf, I choose to be represented by MOORE & ASSOCIATES and any other attorneys with whom they may associate, and I authorize them to pursue any claims I may have relating to unpaid wages, including such litigation as may be necessary.

_____           _____
Signature                            Date Signed

_____
Printed Name

_____           _____
Street Address                       City        State       Zip

_____           _____
Telephone Number                     Email Address