UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEJUAN SANDERS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | No. 5:16-CV-00890-XR-PAM |
| v. | § § | JURY TRIAL DEMANDED |
| PACKERS SANITATION SERVICES, INC., LTD., | § § § | |
| Defendant. | § § | |

## VERIFICATION

I, _____, declare:

1. I am over the age of eighteen (18) years, am of sound mind, and otherwise qualified to make this affidavit. I have personal knowledge of each and every fact contained in this affidavit, and all such matters are true and correct. If sworn as a witness, I will testify competently to all of the facts contained herein.

2. I am the person in charge of personnel records for all of the businesses owned and/or controlled and/or operated by Packers Sanitation Services, Inc., Ltd. (referred to as "PSSI"). Attached to this affidavit is a complete and accurate list of current and former sanitation laborers for the past three years. Also attached are the last known mailing addresses, email, addresses, telephone numbers, dates of birth, and Social Security numbers of those employees.

3. No employees have been excluded from this list. I have performed a thorough investigation and have spent approximately _____ hours in preparing this list.

4. I declare under penalty of perjury that the foregoing is true and correct.

**EXHIBIT**

**G**

_____
Affiant

State of Texas          §
                        §
County of _____     §

SWORN   TO   and   SUBSCRIBED   before   me   this   _____   day   of
_____ in the year 2017.

_____
Notary Public
State of Texas