# Employee First and Last Photo by Day
[2/28/2016 - 12/31/2016]

| Department ID | Full Name | Employee Number | Company ID | Location ID | Division ID | Position ID | Report Date | Punch In Time | Punch In Photo | Punch Out Time | Punch Out Photo |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0335 | LISTER, SHANKI | 365656 | BK5 | 14 | 413 | 000 | 2/29/2016 | 2/29/2016 11:07 PM | [photo] | 3/1/2016 7:07 AM | photo not available |
| 0335 | LISTER, SHANKI | 365656 | BK5 | 14 | 413 | 000 | 3/2/2016 | 3/2/2016 11:05 PM | [photo] | 3/3/2016 7:05 AM | photo not available |
| 0335 | LISTER, SHANKI | 365656 | BK5 | 14 | 413 | 000 | 3/3/2016 | 3/3/2016 11:09 PM | [photo] | 3/4/2016 7:09 AM | photo not available |
| 0335 | LISTER, SHANKI | 365656 | BK5 | 14 | 413 | 000 | 3/4/2016 | 3/4/2016 11:09 PM | [photo] | 3/5/2016 7:09 AM | photo not available |
| 0335 | LISTER, SHANKI | 365656 | BK5 | 14 | 413 | 000 | 3/7/2016 | 3/7/2016 11:07 PM | [photo] | 3/8/2016 7:07 AM | photo not available |
| 0335 | LISTER, SHANKI | 365656 | BK5 | 14 | 413 | 000 | 3/10/2016 | 3/10/2016 11:09 PM | [photo] | 3/11/2016 7:09 AM | photo not available |
| 0335 | LISTER, SHANKI | 365656 | BK5 | 14 | 413 | 000 | 3/14/2016 | 3/14/2016 11:05 PM | [photo] | 3/15/2016 7:05 AM | photo not available |
| 0335 | LISTER, SHANKI | 365656 | BK5 | 14 | 413 | 000 | 3/15/2016 | 3/15/2016 11:06 PM | [photo] | 3/16/2016 7:06 AM | photo not available |
| 0335 | LISTER, SHANKI | 365656 | BK5 | 14 | 413 | 000 | 3/17/2016 | 3/17/2016 11:06 PM | [photo] | 3/18/2016 7:06 AM | [photo] |
| 0335 | LISTER, SHANKI | 365656 | BK5 | 14 | 413 | 000 | 3/18/2016 | 3/18/2016 11:07 PM | [photo] | 3/19/2016 7:07 AM | photo not available |

CONFIDENTIAL

PSSI-SANDERS 000917

EXHIBIT H