| Timestamp | ID | Action | Field | | Value |
|---|---|---|---|---|---|
| 3/20/2016 01:02:40 AM | 366065 | Modified | PayType | | REG |
| | 366065 | Modified | OverrideType | | None |
| | 366065 | Modified | ZonedPunchTime | | Saturday, March 19, 2016 7:07:00 AM (US/Central) |
| | 366065 | Modified | Position | | 000 |
| | | | | Subtotal: | 5 |
| 3/19/2016 12:08:22 AM | 42 | Added | PayType | | REG |
| | 42 | Added | OverrideType | | None |
| | 42 | Added | ZonedPunchTime | | Friday, March 18, 2016 11:07:00 PM (US/Central) |
| | 42 | Added | ExceptionOverridden | | False |
| | 42 | Added | Position | | 000 |
| | | | | Subtotal: | 5 |
| 3/18/2016 04:10:33 PM | 366065 | Modified | PayType | | REG |
| | 366065 | Modified | ZonedPunchTime | | Friday, March 18, 2016 7:06:00 AM (US/Central) |
| | 366065 | Modified | ExceptionOverridden | | False |
| | 366065 | Modified | OverrideType | | None |
| | 366065 | Modified | OverrideType | | None |
| | 366065 | Modified | ZonedPunchTime | | Wednesday, March 16, 2016 7:06:00 AM (US/Central) |
| | 366065 | Modified | ExceptionOverridden | | False |
| | 366065 | Modified | PayType | | REG |
| | 366065 | Modified | Position | | 000 |
| | 366065 | Modified | ZonedPunchTime | Tuesday, March 15, 2016 7:28:00 AM (US/Central) | Tuesday, March 15, 2016 7:05:00 AM (US/Central) |
| | 366065 | Modified | Position | | 000 |
| | | | | Subtotal: | 11 |
| 3/18/2016 12:07:16 AM | 42 | Added | OverrideType | | None |
| | 42 | Added | ZonedPunchTime | | Thursday, March 17, 2016 11:06:00 PM (US/Central) |
| | 42 | Added | ExceptionOverridden | | False |
| | 42 | Added | PayType | | REG |
| | 42 | Added | Position | | 000 |
| | | | | Subtotal: | 5 |
| 3/16/2016 12:07:51 AM | 42 | Added | PayType | | REG |
| | 42 | Added | ZonedPunchTime | | Tuesday, March 15, 2016 11:06:00 PM (US/Central) |
| | 42 | Added | ExceptionOverridden | | False |
| | 42 | Added | OverrideType | | None |
| | 42 | Added | Position | | 000 |

EXHIBIT 1

| | | | | Subtotal: 5 |
|---|---|---|---|---|
| | 42 | Added | PayType | REG |
| | 42 | Added | OverrideType | None |
| 3/15/2016 08:28:52 AM | 42 | Added | ZonedPunchTime | Tuesday, March 15, 2016 7:28:00 AM (US/Central) |
| | 42 | Added | ExceptionOverridden | False |
| | 42 | Added | Position | 000 |
| | | | | Subtotal: 5 |
| | 42 | Added | OverrideType | None |
| | 42 | Added | ZonedPunchTime | Monday, March 14, 2016 11:05:00 PM (US/Central) |
| | 42 | Added | ExceptionOverridden | False |
| | 42 | Added | PayType | REG |
| | 42 | Added | ExceptionOverridden | False |
| 3/15/2016 12:06:26 AM | 42 | Added | OverrideType | None |
| | 42 | Added | ZonedPunchTime | Monday, March 14, 2016 11:05:00 PM (US/Central) |
| | 42 | Added | PayType | REG |
| | 42 | Added | Position | 000 |
| | 42 | Added | Position | 000 |
| | | | | Subtotal: 10 |
| | 366065 | Modified | ExceptionOverridden | False |
| | 366065 | Modified | PayType | REG |
| | 366065 | Modified | OverrideType | None |
| 3/13/2016 12:31:22 AM | 366065 | Modified | ZonedPunchTime | Friday, March 11, 2016 7:09:00 AM (US/Central) |
| | 366065 | Modified | Position | 000 |
| | | | | Subtotal: 5 |
| | 42 | Added | PayType | REG |
| | 42 | Added | OverrideType | None |
| 3/11/2016 12:11:15 AM | 42 | Added | ZonedPunchTime | Thursday, March 10, 2016 11:09:00 PM (US/Central) |
| | 42 | Added | ExceptionOverridden | False |
| | 42 | Added | Position | 000 |
| | | | | Subtotal: 5 |
| | 366065 | Modified | PayType | REG |
| | 366065 | Modified | ZonedPunchTime | Tuesday, March 08, 2016 7:07:00 AM (US/Central) |
| 3/10/2016 03:12:28 AM | 366065 | Modified | ExceptionOverridden | False |
| | 366065 | Modified | OverrideType | None |

**CONFIDENTIAL**

| | | | | |
|---|---|---|---|---|
| | 366065 | Modified | Position | 000 |
| | | | | Subtotal: 5 |
| | 42 | Added | PayType | REG |
| | 42 | Added | OverrideType | None |
| | 42 | Added | ZonedPunchTime | Monday, March 07, 2016 11:07:00 PM (US/Central) |
| | 42 | Added | ExceptionOverridden | False |
| | 42 | Added | OverrideType | None |
| 3/8/2016 12:08:29 AM | 42 | Added | ZonedPunchTime | Monday, March 07, 2016 11:07:00 PM (US/Central) |
| | 42 | Added | ExceptionOverridden | False |
| | 42 | Added | PayType | REG |
| | 42 | Added | Position | 000 |
| | 42 | Added | Position | 000 |
| | | | | Subtotal: 10 |
| | 366065 | Modified | ExceptionOverridden | False |
| | 366065 | Modified | PayType | REG |
| | 366065 | Modified | Position | 000 |
| | 366065 | Modified | OverrideType | None |
| | 366065 | Modified | ZonedPunchTime | Friday, March 04, 2016 7:09:00 AM (US/Central) |
| | 366065 | Modified | ExceptionOverridden | False |
| | 366065 | Modified | PayType | REG |
| | 366065 | Modified | Position | 000 |
| 3/5/2016 06:22:00 AM | 366065 | Modified | OverrideType | None |
| | 366065 | Modified | ZonedPunchTime | Saturday, March 05, 2016 7:09:00 AM (US/Central) |
| | 366065 | Modified | ExceptionOverridden | False |
| | 366065 | Modified | PayType | REG |
| | 366065 | Modified | OverrideType | None |
| | 366065 | Modified | ZonedPunchTime | Thursday, March 03, 2016 7:05:00 AM (US/Central) |
| | 366065 | Modified | Position | 000 |
| | | | | Subtotal: 15 |
| | 42 | Added | OverrideType | None |
| | 42 | Added | ZonedPunchTime | Friday, March 04, 2016 11:09:00 PM (US/Central) |
| 3/5/2016 12:09:47 AM | 42 | Added | ExceptionOverridden | False |
| | 42 | Added | PayType | REG |
| | 42 | Added | Position | 000 |

CONFIDENTIAL      PSSI-SANDERS 002039


| | | | | | Subtotal: 5 |
|---|---|---|---|---|---|
| 3/4/2016 12:10:47 AM | 42 | Added | OverrideType | | None |
| | 42 | Added | ZonedPunchTime | | Thursday, March 03, 2016 11:09:00 PM (US/Central) |
| | 42 | Added | ExceptionOverridden | | False |
| | 42 | Added | PayType | | REG |
| | 42 | Added | Position | | 000 |
| | | | | | Subtotal: 5 |
| 3/3/2016 06:54:11 AM | 366065 | Modified | ZonedPunchTime | Tuesday, March 01, 2016 7:54:00 AM (US/Central) | Tuesday, March 01, 2016 7:07:00 AM (US/Central) |
| | | | | | Subtotal: 1 |
| 3/3/2016 12:06:00 AM | 42 | Added | PayType | | REG |
| | 42 | Added | OverrideType | | None |
| | 42 | Added | ZonedPunchTime | | Wednesday, March 02, 2016 11:05:00 PM (US/Central) |
| | 42 | Added | ExceptionOverridden | | False |
| | 42 | Added | Position | | 000 |
| | | | | | Subtotal: 5 |
| 3/1/2016 08:54:59 AM | 42 | Added | PayType | | REG |
| | 42 | Added | ZonedPunchTime | | Tuesday, March 01, 2016 7:54:00 AM (US/Central) |
| | 42 | Added | ExceptionOverridden | | False |
| | 42 | Added | OverrideType | | None |
| | 42 | Added | Position | | 000 |
| | | | | | Subtotal: 5 |
| 3/1/2016 12:08:45 AM | 42 | Added | PayType | | REG |
| | 42 | Added | ZonedPunchTime | | Monday, February 29, 2016 11:07:00 PM (US/Central) |
| | 42 | Added | OverrideType | | None |
| | 42 | Added | ExceptionOverridden | | False |
| | 42 | Added | PayType | | REG |
| | 42 | Added | Position | | 000 |
| | 42 | Added | OverrideType | | None |
| | 42 | Added | ZonedPunchTime | | Monday, February 29, 2016 11:07:00 PM (US/Central) |
| | 42 | Added | ExceptionOverridden | | False |
| | 42 | Added | Position | | 000 |
| | | | | | Subtotal: 10 |
| 2/27/2016 11:08:16 AM | 366065 | Modified | ExceptionOverridden | | False |
| | 366065 | Modified | PayType | | REG |
| | 366065 | Modified | OverrideType | | None |