| CO. | FILE | DEPT. | CLOCK | CHK. NO. |
|-----|------|-------|-------|----------|
| BK5 | 365656 | 033500 | | 0000106851 |

Packers Sanitation
Services Inc Ltd, 3681 Prism Lane
Kieler, WI   53812

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal: 01

# Earnings Statement

Period Beginning:    02/28/2016
Period Ending:       03/05/2016
Pay Date:            03/11/2016

**SHANKI A LISTER**
**1101 COTTONFORD ROAD**
**LOT 13,**
**CENTER,  TX   75935**

| Earnings | Rate | Hours | This Period | Year to Date |
|----------|------|-------|-------------|--------------|
| Regular | 10.5000 | 32.00 | 336.00 | |
| **Gross Pay** | | $ | 336.00 | 4,091.39 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | 9.37 - | 176.09 - |
| | Social Security Tax | 20.84 - | 253.67 - |
| | Medicare Tax | 4.88 - | 59.33 - |
| | **Other** | | |
| | Paycard | 300.91 - | |
| **Net Pay** | | $ | 0.00 |

**Important Notes**

**Other Benefits and**
**Information**                This Period    Year to Date

Packers Sanitation
Services Inc Ltd , 3681 Prism Lane
Kieler , WI    53812

**Payroll check number:**    **0000106851**
Period Beginning:            02/28/2016
Period Ending:               03/05/2016
Pay Date:                    03/11/2016
Employee ID:                 365656

Pay to the
order of    **SHANKI A LISTER**
This Amount:    **ZERO AND 00/100 DOLLARS**

**EXHIBIT**
**J**

NON-NEGOTIABLE
(THIS IS NOT A CHECK)

**CONFIDENTIAL**

**PSSI-SANDERS 000495**

| CO. | FILE | DEPT. | CLOCK | CHK. NO. |
|-----|------|-------|-------|----------|
| BK5 | 365656 | 033500 | | 0000116885 |

Packers Sanitation
Services Inc Ltd, 3681 Prism Lane
Kieler, WI   53812

# Earnings Statement

Period Beginning:   03/06/2016
Period Ending:      03/12/2016
Pay Date:           03/18/2016

**SHANKI A LISTER**
**1101 COTTONFORD ROAD**
**LOT 13,**
**CENTER,  TX   75935**

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal: 01

**Important Notes**

| Earnings | Rate | Hours | This Period | Year to Date |
|----------|------|-------|-------------|--------------|
| Regular | 10.5000 | 16.00 | 168.00 | |
| **Gross Pay** | | $ | 168.00 | 4,259.39 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | - | 176.09 - |
| | Social Security Tax | 10.41 - | 264.08 - |
| | Medicare Tax | 2.43 - | 61.76 - |
| | **Other** | | |
| | Paycard | 155.16 - | |
| | **Net Pay** | $ | 0.00 |

**Other Benefits and**
**Information**          **This Period**   **Year to Date**

Packers Sanitation
Services Inc Ltd , 3681 Prism Lane
Kieler , WI   53812

| Payroll check number: | 0000116885 |
|-----------------------|------------|
| Period Beginning: | 03/06/2016 |
| Period Ending: | 03/12/2016 |
| Pay Date: | 03/18/2016 |
| Employee ID: | 365656 |

Pay to the
order of     **SHANKI A LISTER**

This Amount:   **ZERO AND 00/100 DOLLARS**                                **$ 0.00**

## NON-NEGOTIABLE
(THIS IS NOT A CHECK)

**CONFIDENTIAL**                                          **PSSI-SANDERS 000496**

| CO. | FILE | DEPT. | CLOCK | CHK. NO. |
|-----|------|-------|-------|----------|
| BK5 | 365656 | 033500 | | 0000126821 |

Packers Sanitation
Services Inc Ltd, 3681 Prism Lane
Kieler, WI   53812

# Earnings Statement

Period Beginning:   03/13/2016
Period Ending:   03/19/2016
Pay Date:   03/25/2016

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal: 01

**SHANKI A LISTER**
**1101 COTTONFORD ROAD**
**LOT 13,**
**CENTER,  TX   75935**

| Earnings | Rate | Hours | This Period | Year to Date |
|----------|------|-------|-------------|--------------|
| Regular | 10.5000 | 32.00 | 336.00 | |
| **Gross Pay** | | $ | 336.00 | 4,595.39 |

**Important Notes**

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Federal Income Tax | | 9.37 - | 185.46 - |
| | Social Security Tax | | 20.83 - | 284.91 - |
| | Medicare Tax | | 4.87 - | 66.63 - |
| | **Other** | | | |
| | Paycard | | 300.93 - | |
| | **Net Pay** | $ | 0.00 | |

**Other Benefits and**
**Information**                       **This Period    Year to Date**

Packers Sanitation
Services Inc Ltd , 3681 Prism Lane
Kieler , WI   53812

| Payroll check number: | 0000126821 |
|-----------------------|------------|
| Period Beginning: | 03/13/2016 |
| Period Ending: | 03/19/2016 |
| Pay Date: | 03/25/2016 |
| Employee ID: | 365656 |

Pay to the
order of        **SHANKI A LISTER**

This Amount:   **ZERO AND 00/100 DOLLARS**                                        **$ 0.00**

NON-NEGOTIABLE
(THIS IS NOT A CHECK)

**CONFIDENTIAL**                                                    **PSSI-SANDERS 000497**