IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEJUAN SANDERS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| *Plaintiff*, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:16-CV-00890-XR |
| PACKERS SANITATION SERVICES, INC., LTD., | § § § | |
| *Defendant*. | § | JURY TRIAL DEMANDED |

## NOTICE OF CONSENT OF JEFFREY JENKINS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Jeffrey Jenkins and files this written consent to become a party to this lawsuit pursuant to 29 U.S.C. § 216(b).

Respectfully Submitted,

MOORE & ASSOCIATES

By: s/ Melissa Moore
    Melissa Moore
    State Bar No. 24013189
    Federal Id. No. 25122
    Curt Hesse
    State Bar No. 24065414
    Federal Id. No. 968465
    Lyric Center
    440 Louisiana Street, Suite 675
    Houston, Texas 77002
    Telephone: (713) 222-6775
    Facsimile: (713) 222-6739

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded to all counsel of record on the 31st day of May 2017 via the Court's CM/ECF system.

/s/ Melissa Moore
Melissa Moore

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEJUAN SANDERS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | No. 5:16-CV-00890-XR-PAM |
| v. | § § | |
| PACKERS SANITATION SERVICES, INC., LTD., | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## NOTICE OF CONSENT

I consent to be a party plaintiff in this lawsuit to collect unpaid wages. I agree to be bound by the Contingent Fee Agreement between the named plaintiff(s) and MOORE & ASSOCIATES. By joining this lawsuit, I designate the named plaintiff(s) as my representative to make decisions on my behalf concerning the method and manner of conducting the lawsuit, the approval of any settlement, and all other matters pertaining to this lawsuit. I consent, agree and elect to be bound by any ruling, settlement or judgment, whether favorable or unfavorable. I also understand that while I have the right to choose other counsel and/or to pursue my claims on my own behalf, I choose to be represented by MOORE & ASSOCIATES and any other attorneys with whom they may associate, and I authorize them to pursue any claims I may have relating to unpaid wages, including such litigation as may be necessary.

_/s/ Jeffery Jenkins_
Signature

_5/21/2017_
Date Signed

_Jeffery Jenkins_
Printed Name